# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

|  |  |
|---|---|
| VIRTRU CORPORATION,<br><br>            Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Case No. 6:22-cv-00242-ADA<br><br>**JURY TRIAL DEMANDED** |

### NOTICE REGARDING AGREED EXTENSION OF TIME FOR MICROSOFT CORPORATION TO RESPOND TO VIRTRU CORPORATION'S COMPLAINT

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Microsoft Corporation hereby provides notice that the parties have agreed to an extension of time for Defendant to respond to the Complaint up to and through April 27, 2022.

Date: March 24, 2022

Respectfully submitted,

*/s/ Betty Chen*
Betty Chen
TX Bar No. 24056720
bchen@fr.com
FISH & RICHARDSON P.C.
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

1

Jason W. Wolff
CA Bar No. 215819
wolff@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Elliot N. Scher
NY Bar No. 5660121
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendant Microsoft Corp.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on March 24, 2022.

                                            */s/ Betty Chen*
                                              Betty Chen