## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

VIRTRU CORPORATION,

          Plaintiff,

          v.

MICROSOFT CORPORATION,

          Defendant.

Case No. 6:22-cv-00242-ADA

### <u>JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER</u>

Plaintiff Virtru Corporation and Defendant Microsoft Corporation jointly move for entry of the attached Protective Order.

Date: January 5, 2023

_/s/Jason W. Wolff_____
Betty Chen
TX Bar No. 24056720
bchen@fr.com
FISH & RICHARDSON P.C.
One Congress Plaza
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Jason W. Wolff
CA Bar No. 215819
wolff@fr.com
Elliot N. Scher
NY Bar No. 5660121
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Lawrence R. Jarvis
GA No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St NE
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

*Attorneys for Defendant Microsoft Corporation*

Respectfully Submitted,

_/s/Mark L. Whitaker_____
Mark L. Whitaker (admitted *pro hac vice*)
D.C. Bar No. 435755
MWhitaker@mofo.com
Mary Prendergast (admitted *pro hac vice*)
D.C. Bar No. 1034426
MPrendergast@mofo.com
Fahd H. Patel (admitted *pro hac vice*)
D.C. Bar No. 994492
FPatel@mofo.com
Fitz B. Collings (admitted *pro hac vice*)
D.C. Bar No. 1015729
FCollings@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Rudy Y. Kim (admitted *pro hac vice*)
California State Bar No. 199426
RudyKim@mofo.com
W. Stella Mao (admitted *pro hac vice*)
California State Bar No. 335136
SMao@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Brian C. Nash (TX Bar No. 24051103)
bnash@mofo.com
Matthew R. Stephens (TX Bar No. 24129261)
MStephens@mofo.com
MORRISON & FOERSTER LLP
701 Brazos Street, Suite 1100
Austin, Texas 78701
Telephone: (737) 309-0700
Facsimile: (650) 494-0730

Shaelyn K. Dawson (admitted *pro hac vice*)
California State Bar No. 288278
ShaelynDawson@mofo.com

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Attorneys for Plaintiff Virtru Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 5, 2023.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

_/s/Mark L. Whitaker_
Mark L. Whitaker