UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-00872-JNW<br>Hon. Jamal N. Whitehead<br><br>**NOTICE OF CHANGE OF**<br>**ADDRESS OF COUNSEL** |

NOTICE OF CHANGE OF
ADDRESS OF COUNSEL
Case No. 2:23-cv-00872-JNW

DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900

TO ALL PARTIES AND THE CLERK OF THE COURT:

The below attorney for Microsoft Corporation ("Microsoft") files this Notice of Change of Address, phone number and email.

PLEASE TAKE NOTICE that the address for Microsoft's counsel Betty Chen has changed to:

>Betty Chen (WSBA #57993)
>bchen@desmaraisllp.com
>DESMARAIS LLP
>101 California Street, Suite 3070
>San Francisco, CA 94111
>Telephone: (415) 573-1900
>Facsimile: (415) 573-1901

Ms. Chen currently also maintains a physical office in the WDWA.

Dated: October 20, 2023                           FISH & RICHARDSON P.C.

*/s/ Betty Chen*
Betty Chen (WSBA #57993)
bchen@desmaraisllp.com

Betty Chen (WSBA #57993)
bchen@desmaraisllp.com
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Jason W. Wolff (*Admitted Pro Hac Vice*)
CA Bar No. 215819 | wolff@fr.com
Elliot Scher (*Admitted Pro Hac Vice*)
NY Bar No. 5660121 | scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Lawrence Jarvis (*Admitted Pro Hac Vice*)
GA Bar No. 102116 | jarvis@fr.com
Sara C. Fish (Admitted Pro Hac Vice)

NOTICE OF CHANGE OF
ADDRESS OF COUNSEL
Case No. 2:23-cv-00872-JNW

- 1 -

DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900

GA Bar No. 873853 | sfish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA  30309
Telephone:  (404) 892-5005
Facsimile:  (404-892-5002

Attorneys for Defendant
MICROSOFT CORPORATION

NOTICE OF CHANGE OF
ADDRESS OF COUNSEL
Case No. 2:23-cv-00872-JNW

- 2 -

DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 20, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Betty Chen*
Betty Chen (WSBA #57993)
bchen@desmaraisllp.com

NOTICE OF CHANGE OF ADDRESS OF COUNSEL
Case No. 2:23-cv-00872-JNW

- 3 -

DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900