UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CASE NO. 2:23-cv-872<br><br>ORDER SETTING TRIAL DATE AND RELATED DATES |

**SCHEDULING DEADLINES**

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | April 7, 2025 |
| Length of trial | 7 days |
| Reports from expert witnesses under FRCP 26(a)(2) due | August 2, 2024 |
| Rebuttal expert reports due | September 2, 2024 |
| All discovery motions must be filed by (and noted on the motion calendar 21 days from the filing date; *see* LCR 7(d)(3)) | September 12, 2024 |

ORDER SETTING TRIAL & RELATED DATES - 1

| EVENT | DATE |
|---|---|
| Discovery completed by | October 10, 2024 |
| All dispositive motions must be filed by (and noted on the motion calendar 28 days from the filing date; *see* LCR 7(d)(4)) | December 12, 2024 |
| All motions related to expert witnesses (*e.g.,* Daubert motion) must be filed by and noted on the motion calendar no later than 21 days thereafter (see LCR 7(d)(3)) | December 19, 2024 |
| Settlement conference per LCR 39.1(c)(2) held no later than | January 13, 2025 |
| All motions *in limine* must be filed by (and noted on the motion calendar for 21 days before the Pretrial Conference) | March 6, 2025 |
| Agreed pretrial order due | March 21, 2025 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | March 21, 2025 |
| Pretrial Conference at 09:00 AM on | March 28, 2025 |

The Local Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov

ORDER SETTING TRIAL & RELATED DATES - 2

within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 31st day of May, 2024.

Jamal N. Whitehead
United States District Judge

ORDER SETTING TRIAL & RELATED DATES - 3