UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. 2:23-cv-872<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On June 10, 2024, Plaintiff Virtru Corporation's counsel told the Court that he has a potentially irreconcilable conflict with the scheduled trial date. The Court orders the parties to meet and confer and submit a joint status report by no later than June 18, 2024, proposing a new trial date.

Dated this 12th day of June 2024.

MINUTE ORDER - 1

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2