UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>             Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>             Defendant. | NO.  2:23-cv-00872-JNW<br><br>NOTICE OF APPEARANCE |

TO:     Clerk of the Court; and

TO:     All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that Brendan Winslow-Nason and Stephanie Hon of GORDON TILDEN THOMAS & CORDELL LLP hereby appear as additional attorneys for Defendant Microsoft Corporation in the above-entitled action.  All further pleadings, notices, documents or other papers herein, with the exception of original process, are to be served on the undersigned counsel.

DATED this 2nd day of August, 2024.

        **GORDON TILDEN THOMAS & CORDELL LLP**
        Attorneys for Defendant Microsoft Corporation

        By   s/ *Brendan Winslow-Nason*
            Brendan Winslow-Nason, WSBA #39328
            600 University Street, Suite 2915
            Seattle, Washington 98101
            206.467.6477
            bwinslow-nason@gordontilden.com

        By   s/ *Stephanie Hon*
            Stephanie Hon, WSBA #62123
            600 University Street, Suite 2915
            Seattle, Washington 98101
            206.467.6477
            shon@gordontilden.com