THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No. 2:23-cv-00872-JNW<br><br>**STIPULATED MOTION TO EXTEND DEADLINE FOR MEDIATION**<br><br>**NOTED ON MOTION CALENDAR:**<br>March 13, 2025 |

  Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Virtru Corporation and Defendant Microsoft Corporation (collectively, "Parties"), through their undersigned counsel, hereby submit this stipulated motion to extend the mediation deadline under LCR 39.1 set forth in the Court's June 20, 2024 Order Setting Trial Date and Related Dates (D.I. 166) from March 24, 2025 to April 3, 2025.

  Good cause for this extension exists. The Parties agreed to a mediator on the Court's Register of Attorney Neutrals on March 6, 2025. A pre-mediation call was held on March 11 where settlement was discussed. On March 13, after coordinating with the mediator, the Parties agreed to a mediate on April 3, 2025. The Parties submit this stipulation in good faith and as an

STIPULATED MOTION TO EXTEND TIME    - 1 -    **Morrison & Foerster LLP**
(CASE NO. 2:23-CV-00872-JNW)      2100 L Street, NW Suite 900
     Washington, DC 20037, Tel: 202-887-1500

opportunity to potentially resolve their dispute privately, prior to trial, which is presently set to begin June 16, 2025. Granting the Parties' requested relief will not affect any of the remaining deadlines in the case.

      WHEREFORE, the Parties hereby agree that good cause exists and move the Court to extend the mediation deadline under LCR 39.1 to April 3, 2025.

**IT IS SO ORDERED**.

DATED this 14th of March, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO EXTEND TIME    - 2 -    Morrison & Foerster LLP
(Case No. 2:23-cv-00872-JNW)    2100 L Street, NW Suite 900
Washington, DC 20037, Tel: 202-887-1500

1 | Dated: March 13, 2025

2 | BYRNES KELLER CROMWELL LLP  
MORRISON & FOERSTER LLP

3 | DESMARAIS LLP  
FISH & RICHARDSON P.C.  
BRYAN CAVE LEIGHTON PAISNER LLP

 /s/ Mark L Whitaker  
Mark L. Whitaker (admitted *pro hac vice*)

 /s/ Jason W. Wolff  
Jason W. Wolff (Admitted Pro Hac Vice)

Bradley S. Keller, WSBA #10665  
bkeller@byrneskeller.com  
Jofrey M. McWilliam, WSBA #28441  
jmcwilliam@byrneskeller.com  
1000 Second Avenue, 38th Floor  
Seattle, Washington 98104  
Telephone: (206) 622-2000

Mark L. Whitaker (admitted *pro hac vice*)  
D.C. Bar No. 435755  
MWhitaker@mofo.com  
Fitz B. Collings (admitted *pro hac vice*)  
D.C. Bar No. 1015729  
FCollings@mofo.com  
MORRISON & FOERSTER LLP  
2100 L Street, NW, Suite 900  
Washington, District of Columbia 20037  
Telephone: (202) 887-1500  
Facsimile: (202) 887-0763

Roman A. Swoopes (admitted *pro hac vice*)  
California State Bar No. 274167  
RSwoopes@mofo.com  
W. Stella Mao (admitted *pro hac vice*)  
California State Bar No. 335136  
SMao@mofo.com  
MORRISON & FOERSTER LLP  
755 Page Mill Road  
Palo Alto, California 94304-1018  
Telephone: (650) 813-5600  
Facsimile: (650) 494-0792

Brian C. Nash (admitted *pro hac vice*)  
Texas State Bar No. 24051103  
bnash@mofo.com  
MORRISON & FOERSTER LLP  
300 Colorado Street, Suite 1800  
Austin, TX 78701  
Telephone: (737) 309-0700  
Facsimile: (650) 494-0730

Matthew R. Stephens (admitted *pro hac vice*)  
California State Bar No. 288223  
MStephens@mofo.com

Betty Chen, WSBA #57993  
bchen@kemaraisllp.com  
DESMARAIS LLP  
101 California Street, Suite 3070  
San Francisco, CA 94111  
Telephone: 415-573-1900  
Facsimile: 415-573-1901

Ahmed J. Davis (Admitted Pro Hac Vice)  
VA Bar No. 43982 | DC Bar No. 472321  
davis@fr.com  
FISH & RICHARDSON P.C.  
1000 Maine Ave, SW, Suite 1000  
Washington, DC 20024  
Telephone: 202-783-5070  
Facsimile: 202-782-2331

Jason W. Wolff (Admitted Pro Hac Vice)  
CA Bar No. 215819 | wolff@fr.com  
Elliot Scher (Admitted Pro Hac Vice)  
CA Bar No. 343705 | scher@fr.com  
FISH & RICHARDSON P.C.  
12860 El Camino Real, Suite 400  
San Diego, CA 92130  
Telephone: 858-678-5070  
Facsimile: 858-678-5099

Lawrence Jarvis (Admitted Pro Hac Vice)  
GA Bar No. 102116 | jarvis@fr.com  
Sara C. Fish (Admitted Pro Hac Vice)  
GA Bar No. 873853 | sfish@fr.com  
Fish & Richardson P.C.  
1180 Peachtree Street, NE, 21st Floor  
Atlanta, GA 30309  
Telephone: 404-892-5005  
Facsimile: 404-892-5002

Claire Chang  
CA Bar No. 341420  
cchang@fr.com  
FISH & RICHARDSON P.C.  
500 Arguello St, Suite 400  
Redwood City, CA 94063  
Telephone: (650) 839-5070

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br><br>*Attorneys for Plaintiff Virtru Corporation* | Facsimile: (650) 839-5071<br><br>Shane P. Cramer, WSBA #35099<br>shane.cramer@bclplaw.com<br>Chelsey L. Mam, WSB #44609<br>chelsey.mam@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Telephone: 206-623-1700<br>Facsimile: 206-623-8717<br><br>*Attorneys for Defendant Microsoft Corporation* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 13, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail and regular mail.

Dated: March 13, 2025                             /s/ *Mark L Whitaker*
                                                                  Mark L. Whitaker