THE HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| VIRTRU CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION,<br><br>           Defendant. | Case No. 2:23-cv-00872-JNW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Virtru Corporation and Defendant Microsoft Corporation, hereby stipulate and agree, through their undersigned counsel, that all of Virtru's claims in the above-captioned action are hereby dismissed with prejudice, with each party to bear its own costs, fees and expenses incurred in relation to this action.

1 | Presented by:

2 | Dated: August 26, 2025

3 | MORRISON & FOERSTER LLP           DESMARAIS LLP
  | BYRNES KELLER CROMWELL LLP        FISH & RICHARDSON P.C.
4 |                                   BRYAN CAVE LEIGHTON PAISNER LLP

5

  |  /s/ Fitz B. Collings              /s/ Jason W. Wolff
6 | Fitz B. Collings                  Jason W. Wolff

7 | Bradley S. Keller, WSBA #10665    Betty Chen, WSBA #57993
  | bkeller@byrneskeller.com          bchen@demaraisllp.com
8 | Jofrey M. McWilliam, WSBA #28441  DESMARAIS LLP
  | jmcwilliam@byrneskeller.com       101 California Street, Suite 3070
9 | 1000 Second Avenue, 38th Floor    San Francisco, CA 94111
  | Seattle, Washington 98104         Telephone: 415-573-1900
10| Telephone: (206) 622-2000         Facsimile: 415-573-1901

11|                                   Ahmed J. Davis (Admitted Pro Hac Vice)
  | Mark L. Whitaker (admitted *pro hac vice*)   VA Bar No. 43982 | DC Bar No. 472321
12| D.C. Bar No. 435755               davis@fr.com
  | MWhitaker@mofo.com                FISH & RICHARDSON P.C.
13| Fitz B. Collings (admitted *pro hac vice*)   1000 Maine Ave, SW, Suite 1000
  | D.C. Bar No. 1015729              Washington, DC 20024
14| FCollings@mofo.com                Telephone: 202-783-5070
  | MORRISON & FOERSTER LLP           Facsimile: 202-782-2331
15| 2100 L Street, NW, Suite 900
  | Washington, District of Columbia 20037   Jason W. Wolff (Admitted Pro Hac Vice)
16| Telephone: (202) 887-1500         CA Bar No. 215819 | wolff@fr.com
  | Facsimile: (202) 887-0763         Elliot Scher (Admitted Pro Hac Vice)
17|                                   CA Bar No. 343705 | scher@fr.com
  | W. Stella Mao (admitted *pro hac vice*)     FISH & RICHARDSON P.C.
18| California State Bar No. 335136   12860 El Camino Real, Suite 400
  | SMao@mofo.com                     San Diego, CA 92130
19| MORRISON & FOERSTER LLP           Telephone: 858-678-5070
  | 755 Page Mill Road                Facsimile: 858-678-5099
20| Palo Alto, California 94304-1018
  | Telephone: (650) 813-5600         Lawrence Jarvis (Admitted Pro Hac Vice)
21| Facsimile: (650) 494-0792         GA Bar No. 102116 | jarvis@fr.com
  |                                   Fish & Richardson P.C.
22| Brian C. Nash (admitted *pro hac vice*)      1180 Peachtree Street, NE, 21st Floor
  | Texas State Bar No. 24051103      Atlanta, GA 30309
23| bnash@mofo.com                    Telephone: 404-892-5005
  | MORRISON & FOERSTER LLP           Facsimile: 404-892-5002
24| 300 Colorado Street, Suite 1800
  | Austin, TX 78701                  Claire Chang
25| Telephone: (737) 309-0700         CA Bar No. 341420
  | Facsimile: (650) 494-0730         cchang@fr.com
26|                                   FISH & RICHARDSON P.C.
  | Matthew R. Stephens (admitted *pro hac vice*)  500 Arguello St, Suite 400
27| California State Bar No. 288223   Redwood City, CA 94063
  | MStephens@mofo.com                Telephone: (650) 839-5070
28| MORRISON & FOERSTER LLP           Facsimile: (650) 839-5071

ORDER OF DISMISSAL
(CASE NO. 2:23-cv-00872-JNW)

| | |
|---|---|
| 12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Telephone: (858) 720-5100<br>Facsimile: (858) 720-5125<br><br>*Attorneys for Plaintiff Virtru Corporation* | Patrick Reilly<br>NY Bar No. 6003297<br>preilly@desmaraisllp.com<br>DESMARAIS LLP<br>230 Park Avenue, 26th Floor<br>New York, NY 10169<br>Telephone: (212) 351-3400<br>Facsimile: (212) 351-3401<br><br>Shane P. Cramer, WSBA #35099<br>shane.cramer@bclplaw.com<br>Chelsey L. Mam, WSB #44609<br>chelsey.mam@bclplaw.com<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Telephone: 206-623-1700<br>Facsimile: 206-623-8717<br><br>*Attorneys for Defendant Microsoft Corporation* |

**ORDER**

1

2   IT IS SO ORDERED.

3
     DATED this 26th day of August, 2025.
4

5

6   _____

7
     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Dismissal
(Case No. 2:23-cv-00872-JNW)

**Morrison & Foerster LLP**
2100 L Street, NW Suite 900
Washington, DC 20037, Tel: 202-887-1500